**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**


**UNITED STATES OF AMERICA**           *

    **vs.**                                       *           **Case No.: JRR-12-278**

**STEVEN VONDELL WILLIAMS**           *

    **Defendant**

**\* \* \* \* \* \* \* \* \***

## ENTRY OF APPEARANCE


**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as *pro bono* counsel in this case for Steven V. Williams (defendant).

I certify that I am admitted to practice in this court.


August 3, 2023                                  _____/s/_____
                                                Adam C. Demetriou
                                                Brennan McKenna & Lawlor, Chtd.
                                                Bar Number:  30323
                                                6305 Ivy Lane, Suite 700
                                                Greenbelt, MD 20770

                                                301.474.0044  (telephone number)
                                                301.474.5730  (facsimile number)
                                                ademetriou@brennanmckenna.com (email)